BROWNING v. FOX and Others.— Motion for reargument denied, with ten dollars costs, with leave to renew. An application to modify the decision of the court so as to provide for a new trial was not embraced in the notice of motion. Due notice of the application and of the grounds upon which it

is based should be given to the plaintiff, pursuant to rule VIII.* Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

* App. Div. Rules, First Dept., rule 8.— [REP.